UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**FILED**

2008 APR -4  A 11: 40

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| United States of America | : | |
| v. | : | Docket No. 3:02CR87 (JCH) |
| Douglas Sprenger | : | April 2, 2008 |

### APPEARANCE

To the Clerk of this Court and all parties of record:

In addition to counsel of record, please enter my appearance as counsel for the United States of America, Christine Sciarrino, Assistant United States Attorney.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

CHRISTINE SCIARRINO
ASSISTANT UNITED STATES ATTORNEY
157 CHURCH STREET, 23rd FLOOR
NEW HAVEN, CT 06510
TELEPHONE: (203) 821-3700
FAX: (203) 773-2392
FEDERAL NO. ct3393
E-MAIL: christine.sciarrino@usdoj.gov

CERTIFICATION

This is to certify that a copy of the foregoing was mailed postage pre-paid on this 2nd day of April, 2008 to:

Douglas Sprenger
168 East Fallkill Road
Hyde Park, NY 12538

_____
Christine Sciarrino
Assistant United States Attorney