UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2008 APR -4  A 11: 40
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Docket No. 3:02CR87 (JCH) |
| : | |
| DOUGLAS SPRENGER : | |

## POST- JUDGMENT STIPULATION

Whereas, on October 22, 2002, criminal judgment was entered against the defendant, Douglas Sprenger, in which he was ordered to pay a fine in the amount of $3,000.00, plus interest at a rate of 1.510% per annum; and

Whereas, the Government and the defendant, Douglas Sprenger, now desire to stipulate to a schedule for the payment of the judgment;

Therefore, it is hereby agreed by the Government and Douglas Sprenger and ORDERED by this Court that:

1. Douglas Sprenger shall make monthly payment of at least $60.00 by the **15th** day of each and every month commencing on **April 15, 2008**, until the amount of the judgment is paid in full.

2. Payments shall be made payable to "Clerk, United States District Court" and mailed to: United States District Court, 915 Lafayette Boulevard, Bridgeport, Connecticut 06604. Checks must reference the above docket number.

3. The current balance of Douglas Sprenger's criminal debt as of February 28, 2008, is $2,700.03.

4. Douglas Sprenger agrees to complete a financial statement upon the Government's request.

5. The amount of the monthly payment may be modified by the mutual agreement of the parties or on motion of either party after consideration of Douglas Sprenger's financial circumstances.

6. Douglas Sprenger's failure to comply with the payment schedule set forth in Paragraph 1 above shall entitle the Government to declare the entire balance due immediately and shall further entitle the Government to collect upon this judgment in any manner provided by law, without notice.

7. In addition to regular monthly payments, in accordance with Paragraph 1, the Government may submit the debt to Treasury for inclusion in the Treasury Offset Program. Under this program, any federal payment to which Douglas Sprenger is entitled may be offset and applied to this debt.

8. The Government further reserves the right to secure the amount of the judgment at any time by filing a lien on any property owned by the defendant.

9. Nothing in this agreement shall limit the right of the Government to utilize any collection remedy allowed by law to seize and liquidate any asset in which Douglas Sprenger has an ownership interest.

Entry of the foregoing stipulation is consented to by:

For the Government:

DATED: April 2, 2008

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

CHRISTINE SCIARRINO
ASSISTANT UNITED STATES ATTORNEY
ATTORNEY BAR NO. ct03393
UNITED STATES ATTORNEY'S OFFICE
157 CHURCH STREET, 23RD FLOOR
NEW HAVEN, CT 06510
TELEPHONE: (203) 821-3700
FAX: (203) 773-5392
E-MAIL: christine.sciarrino@usdoj.gov

For the Defendant:

DATED: 20 MARCH, 2008

DOUGLAS SPRENGER
HYDE PARK, NEW YORK

APPROVED and SO ORDERED THIS _____ day of _____,
2008, at Bridgeport, Connecticut.

JANET C. HALL
UNITED STATES DISTRICT JUDGE